IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASON ALLEN SNELL, #240770, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:21-CV-730-WHA-CSC |
| TAHIR SIDDIQ, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

Before the court is the Magistrate Judge's Report and Recommendation filed December 16, 2021 (Doc. 4), to which no objections have been filed. Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice;

3. No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

Done this 12th day of January, 2022.

        /s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE